B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Aircraft Investor Resources, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-4529029** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2121 Redbird Dr**<br>**Las Vegas, NV**<br>ZIP Code **89134** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **22590 Nelson Rd**<br>**Bend, OR 97701** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| B1 (Official Form 1)(1/08) | Page 2 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Aircraft Investor Resources, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Aircraft Investor Resources, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Robert Atkinson**
Signature of Attorney for Debtor(s)

**Robert Atkinson 9958**
Printed Name of Attorney for Debtor(s)

**Kupperlin Law Group, LLC**
Firm Name

**10120 S Eastern Ave Ste 202**
**Henderson, NV 89052**

_____
Address

Email: r.atkinson@kupperlin.com
**(702) 614-0600  Fax: (702) 614-0647**
Telephone Number

**September 10, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Jeff Sanders**
Signature of Authorized Individual

**Jeff Sanders**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**September 10, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## RESOLUTIONS AUTHORIZING BANKRUPTCY

The undersigned, being the majority ownership percentage of members of **AIRCRAFT INVESTOR RESOURCES, LLC**, a Nevada limited liability company ("Company"), hereby adopts the following resolutions and commits the Company as follows:

**RESOLVED**, that in the business judgment of the undersigned, it is desirable and in the best interests of the Company, its creditors, and other parties-in-interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada; and it is further

**RESOLVED**, that **Jeff Sanders** ("Authorized Individual") hereby is authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers or documents, and to take any and all action deemed necessary or proper to obtain such relief; and it is further

**RESOLVED**, that the Authorized Individual be, and hereby is, authorized and directed to employ Kupperlin Law as counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Individual is hereby authorized and directed to execute appropriate retention agreements and pay appropriate retainers as required.

**IN WITNESS WHEREOF**, the undersigned have executed these Resolutions as of the date set forth below.

_____
THE SANDERS FAMILY LTD, member
By: Jeff Sanders, authorized signatory


_____
Basis Partners LLC, member
By: Mike Shealy, authorized signatory

Date: 9/10/09

## RESOLUTIONS AUTHORIZING BANKRUPTCY

The undersigned, being the majority ownership percentage of members of **AIRCRAFT INVESTOR RESOURCES, LLC**, a Nevada limited liability company ("Company"), hereby adopts the following resolutions and commits the Company as follows:

**RESOLVED**, that in the business judgment of the undersigned, it is desirable and in the best interests of the Company, its creditors, and other parties-in-interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada; and it is further

**RESOLVED**, that **Jeff Sanders** ("Authorized Individual") hereby is authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers or documents, and to take any and all action deemed necessary or proper to obtain such relief; and it is further

**RESOLVED**, that the Authorized Individual be, and hereby is, authorized and directed to employ Kupperlin Law as counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Individual is hereby authorized and directed to execute appropriate retention agreements and pay appropriate retainers as required.

**IN WITNESS WHEREOF**, the undersigned have executed these Resolutions as of the date set forth below.

THE SANDERS FAMILY LTD, member
By: Jeff Sanders, authorized signatory

Basis Partners LLC, member
By: Mike Shealy, authorized signatory

Date: 9/10/09

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
**District of Nevada**

In re  **Aircraft Investor Resources, LLC**  ,   Case No. _____

Debtor(s)    Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

   Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Alf Heim 3<br>N90W20509 Hillview Drive<br>Monemonee Falls, WI 53051 | Alf Heim 3<br>N90W20509 Hillview Drive<br>Monemonee Falls, WI 53051 | **Customer** | | **Unknown** |
| BlueSky Av Group, LLC<br>5011 N Ocean Blvd<br>Ocean Ridge, FL 33435 | BlueSky Av Group, LLC<br>5011 N Ocean Blvd<br>Ocean Ridge, FL 33435 | **Customer** | | **Unknown** |
| Burk Aircraft, LLC<br>38246 River Frontage Road<br>New Castel, CO 81647 | Burk Aircraft, LLC<br>38246 River Frontage Road<br>New Castel, CO 81647 | **Customer** | | **Unknown** |
| Douglas King<br>4454 Kenai Ct<br>Santa Maria, CA 93455 | Douglas King<br>4454 Kenai Ct<br>Santa Maria, CA 93455 | **Customer** | | **Unknown** |
| ER 1, LLC<br>9115 WEST RUSSELL ROAD STE 3210<br>Las Vegas, NV 89148 | ER 1, LLC<br>9115 WEST RUSSELL ROAD STE 3210<br>Las Vegas, NV 89148 | **Landlord** | | **300,000.00** |
| Herin Aviation, LLC<br>N90W20509 Hillview Drive<br>Monemonee Falls, WI 53051 | Herin Aviation, LLC<br>N90W20509 Hillview Drive<br>Monemonee Falls, WI 53051 | **Customer** | | **Unknown** |
| Ingalsbee<br>9201 North Shore Dr<br>Spicer, MN 56288 | Ingalsbee<br>9201 North Shore Dr<br>Spicer, MN 56288 | **Customer** | | **257,683.00** |
| JOHAN CHARL BRINK<br>112 Uistisig Estate<br>Nelspruit, Mpumalanga<br>South Africa 1213 | JOHAN CHARL BRINK<br>112 Uistisig Estate<br>Nelspruit, Mpumalanga<br>South Africa 1213 | **Customer** | | **Unknown** |
| Lindsay Assets, LLC<br>334 Bird Falls Rd<br>Bryson City, NC 28713 | Lindsay Assets, LLC<br>334 Bird Falls Rd<br>Bryson City, NC 28713 | **Customer** | | **Unknown** |
| Omar Ratti<br>Av Urquiza 6152<br>Posadas Misiones 3300<br>Argentina | Omar Ratti<br>Av Urquiza 6152<br>Posadas Misiones 3300 | **Customer** | | **Unknown** |
| Pelota Aviation, LLC<br>3672 Richmond St<br>Jacksonville, FL 33435 | Pelota Aviation, LLC<br>3672 Richmond St<br>Jacksonville, FL 33435 | **Customer** | | **Unknown** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Aircraft Investor Resources, LLC**                                    Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Pratt & Whitney-Canada** 1000 Marie-Victorin Blvd Longueuil, Quebec Canada J4G 1A1 | **Pratt & Whitney-Canada** 1000 Marie-Victorin Blvd Longueuil, Quebec Canada J4G 1A1 | **Trade vendor - engines** | | 875,734.00 |
| **R C Ventures, LLC** 234 Currey Ln Sausalito, CA 94965 | **R C Ventures, LLC** 234 Currey Ln Sausalito, CA 94965 | **Customer** | | **Unknown** |
| **RealTime Consulting, LLC** 13629 Kirby Smith Rd Orlando, FL 92832 | **RealTime Consulting, LLC** 13629 Kirby Smith Rd Orlando, FL 92832 | **Customer** | | **Unknown** |
| **Schaeffer Industries** 3030 Dulles Dr Mira Loma, CA 91752 | **Schaeffer Industries** 3030 Dulles Dr Mira Loma, CA 91752 | **Customer** | | **Unknown** |
| **Schlotfeldt** 3420 Northshore Drive Anchorage, AK 99502 | **Schlotfeldt** 3420 Northshore Drive Anchorage, AK 99502 | **Customer** | | **Unknown** |
| **Sheppard Mullin Richtner & Hampton, LLP** 1901 Avenue of the Stars, Suite 1600 Los Angeles, CA 90067 | **Sheppard Mullin Richtner & Hampton, LLP** 1901 Avenue of the Stars, Suite 1600 Los Angeles, CA 90067 | **Attorney fees** | | 70,424.82 |
| **Steve Findley** 1000 Fesco Ave Alice, TX 78332 | **Steve Findley** 1000 Fesco Ave Alice, TX 78332 | **Customer** | | 204,268.00 |
| **Technometra Radotin, a.s.** Vrazska 239 153 04 Prague 5 - Radotin Czech Republic | **Technometra Radotin, a.s.** Vrazska 239 153 04 Prague 5 - Radotin Czech Republic | **Trade vendor - landing gear** | | 360,293.44 |
| **Thomas P. Ziegler** 113 Abby Road Hailey, ID 83333 | **Thomas P. Ziegler** 113 Abby Road Hailey, ID 83333 | **Customer** | | **Unknown** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 10, 2009**              Signature   **/s/ Jeff Sanders**
                                                       **Jeff Sanders**
                                                       **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**B6A (Official Form 6A) (12/07)**

In re   **Aircraft Investor Resources, LLC**  ,    Case No. _____
                                     Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
| | Total > | **0.00** | |

  **0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Aircraft Investor Resources, LLC** ,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business Checking Account Location: Wells Fargo** | - | 12,000.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                                                  Sub-Total >    **12,000.00**
                                                                                (Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Aircraft Investor Resources, LLC**                               ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% ownership of Aircraft Completions Services, LLC** (a Delaware LLC) | - | 0.00 |
| | | **100% ownership of Epic Air, LLC** (a Delaware LLC) | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Joint partnership with Tam Air** | - | 500,000.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Lawsuit against Williams Jet Engines** | - | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >       **500,000.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re **Aircraft Investor Resources, LLC** , Case No. _____
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Proprietary Aircraft Molds & Designs** | - | 3,000,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Two trucks and one car** | - | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Assorted** | - | 20,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Assorted** | - | 700,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                                           Sub-Total >   **3,740,000.00**
                                                                    (Total of this page)
                                                                               Total >   **4,252,000.00**

Sheet **2** of **2** continuation sheets attached
to the Schedule of Personal Property
                                                                                   (Report also on Summary of Schedules)

# United States Bankruptcy Court
**District of Nevada**

In re **Aircraft Investor Resources, LLC**                                        Case No.
                         Debtor(s)                                                 Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept | $ **19,000.00** * |
   | Prior to the filing of this statement I have received | $ **19,000.00** |
   | Balance Due | $ **0.00** ** |

2. The source of the compensation paid to me was:

   ☒ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   
   **\* Received pre-petition, to be used for both pre-petition services and security retainer.**
   **\*\* Attorney will apply for compensation pursuant to 11 U.S.C. §§ 327-331 for all post-petition activities.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **September 10, 2009**            **/s/ Robert Atkinson**
                                         **Robert Atkinson 9958**
                                         **Kupperlin Law Group, LLC**
                                         **10120 S Eastern Ave Ste 202**
                                         **Henderson, NV 89052**
                                         **(702) 614-0600   Fax: (702) 614-0647**
                                         **r.atkinson@kupperlin.com**

# United States Bankruptcy Court
**District of Nevada**

In re  **Aircraft Investor Resources, LLC** _____  Case No. _____
                                            Debtor(s)                     Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 10, 2009**            **/s/ Jeff Sanders**
                                           **Jeff Sanders**/**Manager**
                                           Signer/Title

Aircraft Investor Resources, LLC
2121 Redbird Dr
Las Vegas, NV 89134

Robert Atkinson
Kupperlin Law Group, LLC
10120 S Eastern Ave Ste 202
Henderson, NV 89052

Alf Heim 3
N90W20509 Hillview Drive
Monemonee Falls, WI 53051

Battle Creek State Bank
202 W Main
PO Box 308
Battle Creek, NE 68715

BlueSky Av Group, LLC
5011 N Ocean Blvd
Ocean Ridge, FL 33435

Burk Aircraft, LLC
38246 River Frontage Road
New Castel, CO 81647

Desert Sun Holdings, LLC
c/o Ted Durant & Assoc as Receiver
7000 SW Hampton St Ste 130
Portland, OR 97223

Douglas King
4454 Kenai Ct
Santa Maria, CA 93455

ER 1, LLC
9115 WEST RUSSELL ROAD STE 3210
Las Vegas, NV 89148

Herin Aviation, LLC
N90W20509 Hillview Drive
Monemonee Falls, WI 53051

Ingalsbee
9201 North Shore Dr
Spicer, MN 56288

JOHAN CHARL BRINK
112 Uistisig Estate
Nelspruit, Mpumalanga
South Africa 1213

JSC TAM-Tbilisi Aircraft Manufacturing
181 B. Kmelnitski St 0136
Tbilisi, Georgia

Lindsay Assets, LLC
334 Bird Falls Rd
Bryson City, NC 28713

Omar Ratti
Av Urquiza 6152
Posadas Misiones 3300
Argentina

Pelota Aviation, LLC
3672 Richmond St
Jacksonville, FL 33435

Pratt & Whitney-Canada
1000 Marie-Victorin Blvd
Longueuil, Quebec
Canada J4G 1A1

R C Ventures, LLC
234 Currey Ln
Sausalito, CA 94965

RealTime Consulting, LLC
13629 Kirby Smith Rd
Orlando, FL 92832

Schaeffer Industries
3030 Dulles Dr
Mira Loma, CA 91752

Schlotfeldt
3420 Northshore Drive
Anchorage, AK 99502

Sheppard Mullin Richtner & Hampton, LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067

Steve Findley
1000 Fesco Ave
Alice, TX 78332

Technometra Radotin, a.s.
Vrazska 239
153 04 Prague 5 - Radotin
Czech Republic

Thomas P. Ziegler
113 Abby Road
Hailey, ID 83333