ROBERT E. ATKINSON, ESQ.
Nevada Bar No. 9958
Email: r.atkinson@kupperlin.com
**KUPPERLIN LAW GROUP, LLC**
10120 S Eastern Ave, Suite 202
Henderson, NV 89052
Telephone: (702) 614-0600
Facsimile: (702) 614-0647
*[Proposed] Reorganization Counsel for Debtor*

E-FILED: October 5, 2009

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re:

AIRCRAFT INVESTOR RESOURCES, LLC
a Nevada limited liability company;

Debtor

Case No.  09-26950
Chapter 11 voluntary

Date:    November 12, 2009
Time:    1:20 p.m.

### DECLARATION OF JEFF SANDERS IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY COUNSEL NUNC PRO TUNC TO THE PETITION DATE

I, Jeff Sanders, hereby declare as follows:

1.  I am the current Manager of Aircraft Investor Resources, LLC, a Nevada limited liability company ("*AIR*").  I make the following statements in that capacity, and based on my personal knowledge and the business records of AIR.

*REORGANIZATION COUNSEL*

2.  AIR has selected Kupperlin Law Group, LLC ("*Kupperlin Law*") as its Nevada reorganization counsel.  Having interviewed several firms in contemplation of a bankruptcy filing, I became comfortable with choosing Kupperlin Law and it principal lawyer to provide representation for Debtor in this bankruptcy proceeding.

3.  Prior to the bankruptcy filing, AIR signed a Chapter 11 Bankruptcy Fee Agreement with Kupperlin Law.  That document specified a security retainer of $16,000, which was paid pre-

petition from third-party funds. (I paid $8,000 from my personal funds, and $8,000 was paid by Mike Shealy from his personal funds.)

4. To the best of my knowledge, Kupperlin Law does not have any connection to or adverse to the interests of AIR.

### *LOCAL OREGON COUNSEL*

5. AIR has selected Balyeat Eager & Steele, LLP ("*Balyeat*") as its local Oregon business counsel. Prior to bankruptcy, AIR had previously employed Balyeat for a variety of local Oregon business-law matters, including litigation and statutory landlord liens.

6. Balyeat is highly familiar with AIR's situation, including the current Oregon litigation, the Oregon eviction, and the legal positions of the kit-builder creditors.

7. Balyeat does not currently hold any AIR funds on retainer.

8. Although Balyeat is a minor creditor due to unpaid pre-petition work performed, to the best of my knowledge, Balyeat does not have any other connection to, or adverse interest to, AIR.

//

//

I make the foregoing statements on October 2, 2009, under penalty of perjury under the laws of the United States.

_____
JEFF SANDERS