10/23/2009                      **FRIDAY**                      **Judge Randall L. Dunn**

02:00 PM      ■ 09-38458  rld 11     Aircraft Investor Resources, LLC

CR 3

Motion to Expedite Hearing  Filed by Creditor Douglas King, et al. Re:[73] Motion to Appoint Trustee  and Supporting Document filed by Creditor Douglas King, et al. (FORD, SUSAN) (75)

Ex Parte Motion to Shorten Time and Notice Filed by Creditor Blue Sky Avgroup, LLC Re:[66] Motion to Appoint Trustee  and Supporting Document filed by Creditor Blue Sky Avgroup, LLC (HAYNIE, ERICK) (72)

Motion to Appoint Trustee  and Supporting Document(s). Filed by Creditor Douglas King, et al.  (Attachments: # (1) Exhibit Part 1# (2) Exhibit Part 2) (FORD, SUSAN) (73)

Motion to Dismiss Case . Filed by Debtor Aircraft Investor Resources, LLC (HEMPHILL, BRIAN) (78)

Motion to Appoint Trustee  and Supporting Document(s). Filed by Creditor Blue Sky Avgroup, LLC (Attachments: # (1) Declaration of Richard J. Lucibella (Exhibits A - C) - Part 1 of 2# (2) Declaration of Richard J. Lucibella (Exhibits D - F) -Part 2 of 2# (3) Declaration of Erick J. Haynie) (HAYNIE, ERICK) (66)

SIGN IN SHEET ATTACHED

Aircraft Investor Resources, LLC - ROBERT ATKINSON
                                           BRIAN T HEMPHILL

Blue Sky Avgroup, LLC - cr      ERICK J HAYNIE
                                   STEVEN M HEDBERG

**Evidentiary Hearing:**      Yes: ☐    No: ☒

Following discussion, the Court granted ~~both~~ motions to Expedite (#75) and (#72).

The Court also made oral findings on the record and granted the motions to Appoint Ch. 11 Trustee filed by Blue Sky Avgroup (#66) and Douglas King, et al (#73.)

The Court denied the Motion to Dismiss filed by the Debtor (#78) without prejudice. Furthermore, re notice of Intent to Dismiss Case filed by Debtor (#81) - The Court indicated there will be no dismissal on a negative notice basis.

Court to prepare all the above orders.

_____ to prepare order.

DOCKET ENTRY:

Run Date:  10/22/2009

In Re:

Aircraft Investor Resources, LLC

Case No.: 09-38458

Debtor.

LIST OF PERSONS ATTENDING

October 23, 2009

ATTENTION: FAILURE TO INCLUDE COMPLETE ADDRESS WILL RELIEVE THE COURT OF THE RESPONSIBILITY TO NOTIFY YOU OF ANY CONTINUED HEARING IN THIS MATTER!!

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT | PRINT ADDRESS OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|---|
| Steve Hubbell | Blue Sky Air Group | |
| Erick Hayne | Blue Sky Air Group | |
| Timothy Solomon | Douglas King et al | |
| Susan Ford | Douglas King et al | |
| Douglas King | (creditor of debtor) | |
| Vivienne Popperl | UST | |
| Sara Cotton | ERI Ed Nigro | |
| via telephone: | | |
| Edward Murrow | | |
| Chris Sanders | CEO | |
| R. Atkinson | Atty for Debtor | |
| Brian Hemphill | Atty for Debtor | |
| Arnie Willig | | |
| Teresa Krpata | | |
| Rolf Berg | | |
| Thomas Zigler | Thomas Zigler | |

**PLEASE PRINT**