Steven M. Hedberg, OSB No. 842440
SHedberg@perkinscoie.com
Erick J. Haynie, OSB No. 982482
EHaynie@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  (503) 727-2000
Facsimile:  (503) 727-2222

Attorneys for Creditor Blue Sky Avgroup, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>AIRCRAFT INVESTOR RESOURCES, LLC,<br>a Nevada limited liability company,<br><br>Debtor. | No. 09-38458-rld11<br><br>**JOINDER IN CERTAIN CREDITORS' OBJECTION TO ER1, LLC'S MOTION TO CONVERT CASE FROM CHAPTER 11 TO CHAPTER 7** |

1.   Blue Sky Avgroup, LLC ("Blue Sky") hereby joins in Certain Creditors' Objection to ER1, LLC's Motion to Convert Case From Chapter 11 to Chapter 7 (Docket #93). The motion to convert by ER1, LLC ("ER1") is found at Docket #85 (the "Motion").

2.   As explained by the objection to the Motion filed by Creditor Douglas King, et al. represented by the Sussman Shank LLP law firm (the "Certain Creditors"), it is premature and unnecessary to convert this case to Chapter 7.  As the Court has already indicated, any action on this motion should await the evaluation and report in this matter by the Chapter 11 Trustee, Kenneth S. Eiler, who was appointed subsequent to the Motion's filing.  Furthermore, there are substantial questions with respect to the interrelationship between ER1, its principals, Debtor and Debtor's affiliates, and the validity of various purported lease transactions between and among

PAGE   1-   **JOINDER IN CERTAIN CREDITORS' OBJECTION TO MOTION TO CONVERT**

72170-0001/LEGAL17163162.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  (503) 727-2000
Fax:  (503) 727-2222

1  some of these and other parties, that should properly be considered before the Court adjudicates

2  ER1's motion.

3  DATED:  November 5, 2009        **PERKINS COIE LLP**

4

5  By:    /s/ Erick J. Haynie
      Steven M. Hedberg, OSB No. 842440
      SHedberg@perkinscoie.com

6        Erick J. Haynie, OSB No. 982482
      EHaynie@perkinscoie.com

7  1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128

8  Telephone:  (503) 727-2000
Facsimile:  (503) 727-2222

9

10  Attorneys for Creditor Blue Sky Avgroup, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PAGE   2-   **JOINDER IN CERTAIN CREDITORS'
OBJECTION TO MOTION TO CONVERT**

72170-0001/LEGAL17163162.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  (503) 727-2000
Fax:  (503) 727-2222

| | |
|---|---|
| 1 | Steven M. Hedberg, OSB No. 842440 |
|   | SHedberg@perkinscoie.com |
| 2 | Erick J. Haynie, OSB No. 982482 |
|   | EHaynie@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| 4 | 1120 N.W. Couch Street, Tenth Floor |
|   | Portland, OR  97209-4128 |
| 5 | Telephone:  (503) 727-2000 |
|   | Facsimile:  (503) 727-2222 |
| 6 | |
| 7 | Of Attorneys for Blue Sky Avgroup, LLC |

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 09-38458-rld11 |
|---|---|
| AIRCRAFT INVESTOR RESOURCES, LLC, a Nevada limited liability company, | **CERTIFICATE OF SERVICE** |
| Debtor. | |

I hereby certify that I served a true and correct copy of the **Joinder in Certain Creditors' Objection to ER1, LLC's Motion to Convert Case from Chapter 11 to Chapter 7** upon the parties listed below by mailing full, true and correct copies thereof in sealed, first-class, postage prepaid envelopes, addressed to the parties as indicated at the last known address and deposited with the United States Postal Service at Portland, Oregon on the date shown below:

| Robert Atkinson<br>10120 S Eastern Ave #202<br>Henderson, NV 89052 | Thomas H. Fell<br>3960 Howard Hughes Pkwy, 9th Fl<br>Las Vegas, NV 89169 | Teresa M. Krpata<br>3960 Howard Hughes Pkwy, 9th Fl<br>Las Vegas, NV 89169 |
|---|---|---|
| Nile Leatham<br>3320 W Sahara Ave #380<br>Las Vegas, NV 89102 | Ambrish S. Sidhu<br>810 S Casino Center Blvd #104<br>Las Vegas, NV 89101 | Joseph G. Went<br>3320 W Sahara Ave #380<br>Las Vegas, NV 89102 |

PAGE  1-   **CERTIFICATE OF SERVICE**

72170-0001/LEGAL17262256.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

The ECF Participants listed below were registered with the Court to receive electronic notification of the pleading as of the date below:

- ROBERT E. ATKINSON on behalf of Debtor Aircraft Investor Resources, LLC
  robert@kupperlin.com

- BARRY P. CAPLAN on behalf of Creditor Douglas King, et al.
  barry@sussmanshank.com; ctolle@sussmanshank.com

- DAVID W. CRISWELL on behalf of Trustee Kenneth Eiler
  dcriswell@balljanik.com; swylen@balljanik.com

- Kenneth S. Eiler
  or10@ecfcbis.com

- SUSAN S. FORD on behalf of Creditor Douglas King, et al.
  susanf@sussmanshank.com; ecf.susan.ford@sussmanshank.com

- BRIAN T. HEMPHILL on behalf of Debtor Aircraft Investor Resources, LLC
  brian@hemphill-attorney.com

- THOMAS K. HOOPER on behalf of Interested Party Rick Schrameck
  bmail@hooplaw.com; csayles@hooplaw.com

- JUSTIN D. LEONARD on behalf of Trustee Kenneth Eiler
  jleonard@bjllp.com; jweisenbach@balljanik.com

- EDWARD A. MERRILL on behalf of Creditor Michael Shealy
  merrill_law@hotmail.com

- CRAIG G. RUSSILLO on behalf of Creditor ER 1, LLC
  crussillo@schwabe.com; dkinonen@schwabe.com; docket@schwabe.com

- ELIZABETH H. SHEA on behalf of Creditor N395WKLLC
  eshea@hackerwillig.com; donna@hackerwillig.com; debbie@hackerwillig.com; arnie@hackerwillig.com

- TIMOTHY A. SOLOMON on behalf of Creditor Douglas King, et al.
  ecf.timothy.solomon@sussmanshank.com

PAGE 2- **CERTIFICATE OF SERVICE**

72170-0001/LEGAL17262256.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

1  • US Trustee, Portland
     USTPRegion18.PL.ECF@usdoj.gov

2

3  DATED this 5th day of November, 2009.

4                                          PERKINS COIE LLP

5                                          /s/ Erick J. Haynie
6                                          Erick J. Haynie, OSB No. 982482

7                                          Attorneys for Blue Sky Avgroup, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PAGE  3-  **CERTIFICATE OF SERVICE**

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

72170-0001/LEGAL17262256.1